Anthony L. Gray (*admitted pro hac vice*)
Samuel M. Pollack (*admitted pro hac vice*)
Pollack & Flanders, L.L.P.
20 Park Plaza, Suite 605
Boston, MA 02116
Telephone: (617) 259-3000
Fax: (617) 259-3050
E-mail: tgray@pollackandflanders.com
        spollack@pollackandflanders.com

*Proposed Special Counsel for Allan Mendelsohn,
the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HI-TEMP SPECIALTY METALS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 8-16-72767-las |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HI-TEMP SPECIALTY METALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Adversary Proceeding No. 8-16-08157-las |

## CERTIFICATE OF SERVICE

I, Anthony L. Gray, Esq. do hereby certify that on November 30, 2016, I caused to be served a copy of the *Motion For Entry Of Order Approving Substitution Of The Chapter 7 Trustee For The Creditors' Committee As Plaintiff* on the parties listed on the service list below by mailing a copy of same by first class mail, postage prepaid, or by other method specified below.

/s/ *Anthony L. Gray*
Anthony L. Gray (*admitted pro hac vice*)
POLLACK & FLANDERS, L.L.P.
20 Park Plaza, Suite 605
Boston, MA 02116
Phone: 617-259-3000
Fax: 617-259-3050
E-mail: tgray@pollackandflanders.com

## SERVICE LIST

**VIA E-MAIL AND FIRST-CLASS MAIL, POSTAGE PREPAID**
Stan Y. Yang, Trial Attorney
US Trustee Trial Attorney
Office of United States Trustee, Region 2
United States Department of Justice
560 Federal Plaza
Central Islip, NY 11722
E-mail: stan.y.yang@usdoj.gov

**VIA E-MAIL AND FIRST-CLASS MAIL, POSTAGE PREPAID**
Jonathan N. Helfat, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075
E-mail: jhelfat@otterbourg.com
*Counsel to Wells Fargo Bank, National Association*